IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DOUGLAS FAUCONIER | : | |
| Petitioner | : | |
| v | : | Civil Action No. RDB-05-2897 |
| FRANK C. SIZER, JR. | : | |
| Respondent | : | |

o0o

**MEMORANDUM OPINION**

The above-captioned Petition for Writ of Mandamus, filed on October 20, 2005, seeks an order from this Court requiring Respondent to provide Petitioner with a copy of his state post-conviction transcript free of cost. Paper No. 1. Petitioner asserts that he is in the process of drafting a federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and needs a copy of his post-conviction transcript for that purpose. *Id*. Although it is unclear from whom Petitioner seeks a copy of the transcript, a federal writ of mandamus is unavailable for this purpose.

This Court does not have jurisdiction over state employees in an action for writ of mandamus. *See Gurley v. Superior Court of Mecklenburg County*, 411 F.2d 586, 587 (4th Cir. 1969); *see also* 28 U.S.C. § 1361. Additionally, a writ of mandamus is an extraordinary writ that is only available in cases where no other means by which the relief sought could be granted. *See Kerr v. United States Dist. Court for the N. Dist. Of Cal.*, 426 U.S. 394, 402 (1976); *In re Beard*, 811 F.2d 818, 826 (4th Cir.1987). Assuming that the remedy sought by Petitioner is available in a state forum, it does not appear that Petitioner has pursued those remedies and, as a matter of comity, this Court will not intervene in a matter that the State courts have not had an opportunity to address. *See*

*Granberry v. Greer*, 481 U.S. 129, 134-35 (1987).  Accordingly, by separate order which follows, the Petition shall be dismissed.

November 17, 2005                                            /s/
_____                    _____
Date                                                                 RICHARD D. BENNETT
                                                                         UNITED STATES DISTRICT JUDGE